IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN BROSNAN,

Defendant.

No. CR 10-00068 WHA

**ORDER DENYING DEFENDANT'S REQUEST FOR NEW COUNSEL**

Defendant John Brosnan has submitted letters requesting that new counsel be appointed so that defendant can file a renewed FRCrP 33 motion, presumably based on newly-discovered evidence. Pursuant to the Court's request, defendant's counsel filed a response stating that there is an irreconcilable conflict and noting that the appointment of new counsel is discretionary. Defendant's counsel did not comment on whether discretion should be exercised. The government was also requested to file a response. Having reviewed both submissions, defendant's letters, and the prior filings and history of this case, this order denies defendant's request for the appointment of counsel. Where, as here, an individual has completed "the direct appeal of a federal conviction, appointment of counsel for a motion for a new trial is not constitutionally guaranteed. The decision whether to appoint counsel instead rests with the discretion of the district court." *United States v. Harrington*, 410 F.3d 598, 600 (9th Cir. 2005). Based on the current record, the appointment of counsel is not warranted.

**IT IS SO ORDERED.**

Dated: January 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE