1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JOHN BROSNAN,

        Defendant.

_____/

No. C 10-00068 WHA

**ORDER TO SHOW CAUSE**

      Defendant has moved to vacate, set aside, or correct his sentence, asserting ineffective assistance of counsel, Brady violations, and other grounds for relief. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is ordered to show cause within **60 DAYS** why the motion should not be granted, if that is its position, and to file then all portions of the record previously transcribed and relevant to the motion. If the government opposes the motion, defendant shall have **30 DAYS** from submission of the opposition to reply.

      The **CLERK** shall serve this order upon defendant and the United States.

      **IT IS SO ORDERED.**

Dated:  October 21, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE